JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PINA,<br><br>        Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 to 100,<br><br>        Defendant. | Case No. CV 24-9048-DMG (PVCx)<br><br>**ORDER RE STIPULATION TO LIMIT PLAINTIFF MARIA PINA'S DAMAGES [9]** |

The Court has reviewed and considered the parties' Stipulation to Limit Maria Pina's Damages [Doc. # 9], such that the amount in controversy is below the $75,000 threshold for diversity jurisdiction. Good cause appearing,

IT IS HEREBY ORDERED that this action shall be remanded to the Los Angeles County Superior Court, Case No.: 23CHCV02724.

DATED: October 28, 2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28